UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DEANNA WEIDNER,

    Plaintiff,

v.                                 Case No. 3:08-cv-00404-slc

UNITY HEALTH PLANS INSURANCE
CORPORATION, a Wisconsin corporation,

    Defendant.

---

### STIPULATED ORDER OF DISMISSAL

---

The parties, by their undersigned counsel, hereby stipulate that pursuant to a private agreement reached among them, the following order for dismissal may be entered without further notice to the parties.

A. Steven Porter
Attorney for Plaintiff

Dated: June 15, 2009

A. Steven Porter, State Bar No. 1000195
7818 Big Sky Drive, #112
Madison, WI 53719-4983

MICHAEL BEST & FRIEDRICH LLP
Attorneys for Defendant

Dated: June 15, 2009

By: Amy O. Bruchs, State Bar No. 1021530
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806

## ORDER OF DISMISSAL

Based on the foregoing stipulation, IT IS HEREBY ORDERED that this case is dismissed, with prejudice but without costs to any party.

Dated this 24th day of JUNE, 2009.

BY THE COURT:

_____
Magistrate Stephen L. Crocker